# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
KHADIM ALKANANI,                                    )
                                                    )
                    Plaintiff,                      )
                                                    )
            v.                                      )   Civil Action No. 09-CV-1607 (KBJ)(AK)
                                                    )
AEGIS DEFENSE SERVICES, LLC,                        )
and AEGIS DEFENCE SERVICES                          )
LIMITED,                                            )
                                                    )
                    Defendants.                     )
                                                    )
_____ )

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Kay's August 7, 2013, Report and Recommendation addressing the motion for summary judgment (ECF No. 47) filed by Defendant Aegis Defense Services, LLC ("Aegis LLC"). (Report and Recommendation, ECF No. 61.)[1] Plaintiff Khadim Alkanani brought this action seeking to hold Aegis LLC and Aegis Defence Services Limited ("Aegis UK") and several unidentified Aegis employees and/or agents liable for injuries Plaintiff suffered when an unidentified Aegis UK security guard at a checkpoint in Iraq fired his weapon at Plaintiff's vehicle and struck Plaintiff's foot. (*See* Compl., ECF No. 1; Report and Recommendation at 2.) Aegis LLC contended that there were no grounds to hold it liable for the actions of an employee of Aegis UK. (Report and Recommendation at 5.) In response, Plaintiff advanced three theories for establishing Aegis LLC's liability: (1)

---

[1] Magistrate Judge Kay addressed Defendant Aegis UK's motion to dismiss (ECF No. 48) in a separate Report and Recommendation (ECF No. 62).

the alter ego theory; (2) the successor liability theory; and (3) the agency theory. (*Id.*) Plaintiff also sought additional discovery. (*Id.*)

After considering the parties' motions in the course of a detailed Report and Recommendation, Magistrate Judge Kay concluded that none of Plaintiff's theoretical bases for jurisdiction won the day, and recommended that this Court grant Aegis LLC's motion for summary judgment and deny Plaintiff's request for additional discovery. (*Id.* at 12.)

The Report and Recommendation also advised the parties that under the provisions of Local Rule 72.3(b) of the United States District Court for the District of Columbia, any party who objects to the Report and Recommendation must file a written objection with the Clerk of the Court within 14 days of the party's receipt of the Report and Recommendation. (Report and Recommendation at 12.) As of this date—over one month after the Report and Recommendation was issued—no objections have been filed.

After consideration of the Magistrate Judge Kay's Report and Recommendation, the absence of any party's objections thereto, the entire record before the Court, and the applicable law, the Court will adopt Magistrate Judge Kay's Report and Recommendation in its entirety. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 61) is **ADOPTED** in its entirety; and it is

**FURTHER ORDERED** that in accordance with the Report and Recommendation, Defendant Aegis LLC's motion for summary judgment (ECF No. 47) is **GRANTED**; and it is

2

**FURTHER ORDERED** that all claims against Aegis LLC are **DISMISSED** with prejudice.


DATE:  September 16, 2013  *Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge